Opinion filed October 19, 2023



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00212-CR

_____

## IN RE BRYACE T. JONES

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

On September 18, 2023, Relator, Bryace T. Jones, filed this original petition for writ of mandamus requesting that we order the Honorable Denn Whalen, the presiding judge of the 70th District Court, to rule on his motion for a nunc pro tunc judgment. We dismiss the petition for want of jurisdiction.

In 1986, Relator originally pled no contest to the offense of indecency with a child. According to his petition, Relator received deferred adjudication; however, in 1988, he was adjudicated guilty and sentenced to fifteen years of imprisonment in the Institutional Division of the Texas Department of Criminal Justice. Relator has since discharged his sentence.

In Relator's motion for a nunc pro tunc judgment, he requested the trial court to "[o]rder a correction of the offense date as supported by the evidence." In support, Relator asserted that the State, in a 2002 responsive filing, indicated that the underlying case involved a delayed outcry by the child. Relator contended that, as a result of this "admittance," the trial court should issue a nunc pro tunc judgment "to reflect [an] alleged offense date of July 1981 or earlier." Relator asked the trial court to require the State to produce a certified copy of the State's responsive filing that was filed on September 5, 2022, "as further proof that a Judgment Nunc Pro Tunc should issue."

On October 10, 2023, the district clerk filed in this court Judge Whalen's order denying Relator's motion for a nunc pro tunc judgment. By ruling on the motion, Judge Whalen has provided Relator the relief he seeks from our court in his mandamus petition, and his petition is now moot. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding); *In re Johnson*, 599 S.W.3d 311, 312 (Tex. App.—Dallas 2020, orig. proceeding). We lack jurisdiction to decide a moot controversy. *Johnson*, 599 S.W.3d at 311–12.

Accordingly, we dismiss the petition for want of jurisdiction.


W. BRUCE WILLIAMS
JUSTICE


October 19, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.